No. 01–90. BROUGHTON ET AL. *v.* PULASKI FISCAL COURT. Ct. App. Ky. Certiorari denied.

No. 01–93. NHA KHIEM TRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–95. KIMBERLY-CLARK CORP. *v.* TYCO INTERNATIONAL (US), INC., ET AL. C. A. Fed. Cir. Certiorari denied. ▋

No. 01–96. HEIN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–97. HORTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▋

No. 01–98. GLENDALE UNION HIGH SCHOOL DISTRICT *v.* LUTZ. C. A. 9th Cir. Certiorari denied. ▋

No. 01–99. MEISEL ET AL. *v.* USTAOGLU ET AL. C. A. 4th Cir. Certiorari denied. ▋

No. 01–101. TRANSGLOBAL TELECOM ALLIANCE, INC., ET AL. *v.* AT&T CORP. C. A. 3d Cir. Certiorari denied. ▋

No. 01–102. HATTEBERG *v.* ADAIR ENTERPRISES, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▋

No. 01–103. KONANYKHINE *v.* IZVESTIA NEWSPAPER ET AL. Sup. Ct. Va. Certiorari denied.

No. 01–104. CRIDER ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF COUNTY OF BOULDER ET AL. C. A. 10th Cir. Certiorari denied. ▋

No. 01–105. KEENEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▋

No. 01–108. ASBURY ET UX., PARENTS OF ASBURY *v.* MISSOURI DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION. C. A. 8th Cir. Certiorari denied. ▋

No. 01–109. GILES *v.* UNIVERSITY OF MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied. ▋